Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

22CV00081JES-NPM

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of FLORIDA

Ft. MYERS Division

CASE NO: 21-CA-005938
CASE NO: 21-CA-5938
CASE NO: 2016-CF-1223
CASE NO: 2016-CF-841

PRO'SE 1

DELMUS ANTAWN ROGERS 1st

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

FORT MYERS POLICE DEPARTMENT
STATE ATTORNEY AMIRA D. FOX
TALLAHASSEE POLICE DEPART STATE
ATTORNEY PUBLIC DEFENDERS

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____ (to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☒ No

IF NEED
FORM 1 STATUTE 28 U.S.C 1654-
FORM AO 257 SECTION 2 OF ARTICLE III THE JURISDICTION OF FEDERAL COURT NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR A JUDGMENT AN ORDER FOR A UNITED STATES DISTRICT COURT UNITED STATE DISTRICT COURT FOR THE DISTRICT OF MIDDLE DISTRICT OF FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

PRISONER COMPLAINT JAIL CONFINEMENT-

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

FILED 2022 FEB -8 AM 10:30 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FT MYERS FLORIDA

\# SECTION 242 OF TITLE 18 MAKE IT A CRIME FOR A PERSON ACTING UNDER COLOR OF ANY LAW TO WILLFULLY DEPRIVE A PERSON OF RIGHT OR PRIVILEGE PROTECTED BY THE CONSTITUTION OR LAW OF THE UNITED STATES.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

MOTION INJUNCTION CODE § 1712-
THE APPELLANT PRECED PRO'SE LAW UNDER

A. The Plaintiff(s) PRO SE 28 U.S.C. § 1654 PLANTIFF PRO'SE- CIVIL RIGHT COMPLAINT PURSUANT TO 42 U.S.C §1983-

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name DELMUS ANTAWN ROGERS 1ST
Address
3419 KATHINA AVE ST
City FT MYERS  State FLA  Zip Code 33916
County LEE
Telephone Number 850-775-8308
E-Mail Address
rogers.delmus@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name FT MYERS POLICE DEPARTMENT STATES ATTORNEY OFFICE AMIRA D. FOX
Job or Title (if known) GOVERNMENT SECURITY
Address 2210 WIDMAN WAY FT. MYERS 33907
City FT MYERS  State FLA  Zip Code 33961
County LEE
Telephone Number 239-321-7700  239-533-1000
E-Mail Address (if known)
SECTION 242 of TITLE 18-

☐ Individual capacity  ☒ Official capacity

Defendant No. 2
Name TALLAHASSEE FLORIDA POLICE DEPARTMENT STATE ATTORNEYS OFFICE PUBLIC DEFENDERS
Job or Title (if known) GOVERNMENT SECURITY
Address 234 E 7th AVE TALLAHASSEE FL 32303
City TALLAHASSEE  State FLA  Zip Code 33916
County
Telephone Number 850-891-4200  850-606-6000
E-Mail Address (if known)

☐ Individual capacity  ☒ Official capacity

SECTION 242 of TITLE 18-

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

|  | City | State | Zip Code |

  County
  Telephone Number
  E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

|  | City | State | Zip Code |

  County
  Telephone Number
  E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction** SECTION 242 OF TITLE 18 MAKE A CRIME FOR A PERSON ACTING UNDER COLOR OF ANY LAW TO WIELFULLY DEPRIVE A PERSON OF A RIGHT OR PRIVILEGE PROTECTED BY LAW CONSTITUTI-OW-UNIT-

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights. -ITED- STATES

FEDERAL OFFICERS DUTIES INCLUDE POLICE RESPONSE AND PATROL CRIMINAL INVESTIGATION AND

A. Are you bringing suit against *(check all that apply)*: ENFORCEMENT, INSPECTION, SECURITY PROTECTION, COURT OPERATION AND CORRECTION

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim) [42 U.S.C § 1983] OFFICIAL CAPACITY

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

① NEGLIGENT ② NEGLECTED ③ BREACH OF DUTY-BREACH OF TRUST ④ CRUEL AND UNUSUAL PUNISHMENT ⑤ DELIBERATE INDIFFERENCE ⑥ CONFLICT OF INTEREST ⑦ INHUMANE CONDITION ⑧ ABUSE IN LIBERTY ⑨ TAKE OF LIFE FUNCTION ⑩

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

FORM AO 257- FEDERAL POLICE POWER TENTH AMENDMENT CLAUSE CONFLICT OF INTEREST ⑥) INFLICTED HARM ABUSE TO PLANTIFF

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Form Ao Certify Copy - Order to See All County Files

B. What date and approximate time did the events giving rise to your claim(s) occur?

Form Ao Certify Copy - Order to See All County Files

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Negligent - Neglected

IV.  **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

BACK PAIN muscle PAIN POST TRAMA PAIN LOSS OF MEMORY,

V.  **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

SETTLEMENT
$ 5,000,000 00
$ FIVE MILLION

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: FEBRUARY 6, 2022

Signature of Plaintiff: *Delmus Antawn Rogers 1st*

Printed Name of Plaintiff: DELMUS ANTAWN ROGERS 1ST, PRO SE

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

| City | State | Zip Code |

Telephone Number

E-mail Address