UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DELMUS ANTAWN ROGERS,

    Plaintiff,

v.    Case No. 2:22-cv-81-JES-NPM

FORT MYERS POLICE DEPARTMENT,
AMIRA D. FOX,
TALLAHASSEE POLICE DEPARTMENT,
STATE ATTORNEYS OFFICE, and
PUBLIC DEFENDER OFFICE,

    Defendants.

## ORDER

Plaintiff Delmus Antawn Rogers has filed, without the assistance of counsel, a civil rights complaint against the Fort Myers and Tallahassee police departments, the State Attorney for the Twentieth Circuit of Florida, and a state public defender's office. (Doc. 1). The complaint is accompanied by a motion to proceed *in forma pauperis* (IFP), that is, permission to prosecute this action without paying a filing fee. (Doc. 2). In the interim, and for no readily apparent purpose, Rogers has presented the clerk voluminous and duplicative sets of documents for filing.

In the interest of maintaining a manageable docket, and until Rogers either pays the filing fee or is granted IFP status, the CLERK is directed to refuse for filing any submission from Rogers in this matter other than the court-issued forms cited in

- 2 -

the Civil Action Order (Doc. 4)—WITHOUT ANY ATTACHMENTS—or a notice of appearance by counsel.

**ORDERED** on March 9, 2022.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE